UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | |
|---|---|
| In the Matter of INDALEX, INC., of Modesto, California )<br>)<br>)<br>)<br>)<br>Ex Parte UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY )<br>)<br>_____ ) | Case No.  1:10-mc-43 GSA<br><br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS ACTION** |

On May 29, 2012, the United States of America, on behalf of the Environmental Protection Agency, applied for an administrative warrant to enter the premises of 4555 North Star Way in Modesto, California located in Stanislaus County and remove abandoned hazardous substances. (Doc. 8).  On May 30, 2012, this Court issued the warrant requested.  (Doc. 9). On August 2012, the United States filed a return indicating that the warrant was executed within the time allowed. (Doc. 10).   Accordingly, the Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

    Dated:   **August 23, 2012**                     /s/ **Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE